390 A.2d 305

Fusaro v. Fusaro, Appellant.

Argued March 20, 1978. R. DiMassa, with him Andrew B. Cantor, for appellant; Arthur L. Jenkins, Jr., for appellee.

Order affirmed.